SEND

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 5 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Icon International LLC et al | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 05-363 ER (CWx) |
| v. | |
| Inventory Capital Corporation et al | NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT |
| Defendant(s). | |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of ~~Defendant Ramon Desage~~ for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the complaint
- ☐ Proof of Service is lacking required information
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Time to respond has not expired
- ☒ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file. Motion was filed on 1/24/05 at 3:28 pm and the Request for Entry of default was filed on 1/24/05 at 2:13 pm.
- ☒ Request for entry of default is as to Defendant Ramon Desage, it does not include any of the aka's, neither does the Motion to dismiss filed by the Defendant Ramon Desage.
- ☒ Request forwarded to assigned Judge for consideration
- ☐ Party dismissed from action on _____
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered.**

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

- ☐ No Entry of Default on file
- ☐ No declaration of as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ An Affidavit of the amount due must accompany the plaintiff's request for default judgment
- ☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55.3
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered.**

DOCKETED ON CM
JAN 2 5 2005

CLERK OF COURT
By ___ Irene Ramirez, Deputy Clerk

CV-52B (12/03)   NOTICE OF DEFICIENCY - DEFAULT/DEFAULT JUDGMENT